```
                IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF KANSAS
```

JOSEPH LEE JONES,

            Plaintiff,

vs.                              Case No. 15-4957-SAC

CAROLYN W. COLVIN,
Acting Commissioner of
Social Security,

            Defendant.

MEMORANDUM AND ORDER

On December 22, 2015, the court issued an order denying plaintiff's motion for default judgment, noting that the defendant's answer was not due until February 1, 2016 (Doc. 11). Defendant, on January 25, 2016, filed a second motion for default judgment, which notes that the defendant has until February 1, 2016 to file their answer (Doc. 12). This motion is clearly premature.

IT IS THEREFORE ORDERED that the 2nd motion for default judgment (Doc. 12) is denied.

A copy of this order shall be mailed to plaintiff by regular mail.

Dated this 28th day of January 2016, Topeka, Kansas.

                                      ___s/ Sam A. Crow_____
                                      Sam A. Crow, U.S. District Senior Judge